In the Matter of the Accounting of BASIL ROBILLARD, as Temporary Administrator of the Estate of MARTHA H. BEEMAN, Deceased, Respondent, as to the Proceedings of Said MARTHA H. BEEMAN, as Executrix of MARCUS M. BEEMAN, Deceased.

OLIVER R. BEEMAN et al., Appellants.

(Argued November 19, 1928; decided December 4, 1928.)

*Daniel J. Kenefick* and *John O. Chapin* for appellants.
*Basil Robillard, Paul P. Cohen* and *Thomas G. Rickert* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.